UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:09-cv-0684-WTL-JMS |
| | ) | |
| | ) | |
| HEALTHNET, INC., | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

The United States of America, by counsel, respectfully dismisses the above-cause, pursuant to Fed. R. Civ. P. 41(a)(1)(A)D(i), since the matters at issue herein have been fully settled and compromised.

**WHEREFORE** this cause of action should be dismissed, without order, and for all other relief just and proper in the premises.

Respectfully submitted,

TIMOTHY M. MORRISON
United States Attorney


By:   /s/ *Thomas E. Kieper*

Thomas E. Kieper
Assistant United States Attorney